UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Plaintiff

       v.                                    Case No.  10-cr-15-01-SM

<u>John S. Grover</u>,
    Defendant

### <u>O R D E R</u>

Defendant Grover's motion to continue the trial is granted (document no. 19). Trial has been rescheduled for the July 2010 trial period. Defendant Loch shall file a waiver of speedy trial rights not later than April 1, 2010. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is scheduled for July 9, 2010 at 10:30 a.m.

Jury selection will take place on July 20, 2010 at 9:30 a.m.

SO ORDERED.

                                              Steven J. McAuliffe
                                              Chief Judge

March 22, 2010

cc:    Jonathan Saxe, Esq.
       Peter Papps, AUSA
       U.S. Marshal
       U.S. Probation