UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

v.                                    Case No. 10-cr-15-01 SM

John Grover

O R D E R

The defendant, through counsel, has moved to continue the trial scheduled for

July 20, 2010 for a period of 120 days, citing the need for additional time to review

discovery and prepare for trial. The  government does not object to a continuance of

the trial date.

Accordingly, for the above reasons, the court will continue the trial from July

20, 2010 to November 9, 2010.  In agreeing to continue the trial, the court finds

pursuant to 18 U.S.C. § 3161(h)(7)(A) that for the above-stated reasons, the ends of

justice served in granting a continuance outweigh the best interests of the public and

the defendant in a speedy trial.  The defendant shall file a waiver of speedy trial not

later than July 19, 2010.

Final Pretrial Conference:        October 28, 2010 at 11:30 AM

Jury Selection:                   November 9, 2010 at 9:30 AM

SO ORDERED.


July 8, 2010                      _____
                                  Steven J. McAuliffe
                                  Chief  Judge


cc:   Counsel of Record
      U. S. Probation
      U. S. Marshal